NUMBER
13-01-866-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

____________________________________________________________________

 

FIELDSHILL, INC.,                                                                 Appellant,

 

                                                   v.

 

ALICE FAYE FIELDS, ET AL.,                                                 Appellees.

____________________________________________________________________

 

                        On
appeal from the 343rd  District Court

                                 of Aransas County, Texas.

____________________________________________________________________

 

                          MEMORANDUM
OPINION

 

          Before
Chief Justice Valdez and Justices Rodriguez and Dorsey[1]

Opinion
Per Curiam

 








Appellant, FIELDSHILL, INC., perfected an appeal from a judgment
entered by the 343rd District Court of Aransas
County, Texas, in cause number A-01-0299-CV-C.  After the record and briefs were filed,
appellant filed a motion to dismiss the appeal. 
In the motion, appellant states that this case has been resolved and
appellant no longer wishes to prosecute this appeal.  Appellant requests that this Court dismiss
the appeal.

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dismiss is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

 

Opinion delivered and
filed this

the 23rd day
of January, 2003.

 











[1]Retired
Justice J. Bonner Dorsey assigned to this Court by the Chief Justice of the
Supreme Court of Texas pursuant to Tex. Gov=t Code
Ann. ' 74.003 (Vernon 1998).